Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC., a Washington Corporation; and HTC CORPORATION, a Taiwanese corporation, <br><br> Defendants. | Civil Action No. 2:16-cv-01919-TL <br><br> [PROPOSED] ORDER GRANTING STIPULATION AND JOINT MOTION TO STAY PENDING INTER PARTES REVIEW <br><br> Notice for Consideration: February 23, 2022 |

[Prop.] Order re Jt. Motion to Stay
Pending Inter Partes Review
Case No. 2:16-cv-1919-TL

Knobbe, Martens, Olson & Bear, LLP
925 Fourth Ave, Suite 2500, Seattle, WA 98104
(206) 405-2000

The Court, having considered the Parties' Stipulation and Joint Motion to Stay Pending *Inter Partes* Review, hereby GRANTS the motion.

IT IS SO ORDERED.

Dated this 25th day of February, 2022.

                                                */s/ Tana Lin*
                                                Tana Lin
                                                United States District Judge