UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC, <br><br> Plaintiff(s), <br> v. <br><br> HTC AMERICA, INC et al, <br><br> Defendant(s). | CASE NO. 2:16-cv-01919-TL <br><br> ORDER |

This is a patent infringement case. This matter is before the Court on the Parties' joint status report, which requests that the Court continue the stay in this case until a mandate is issued in a forthcoming appeal of the Patent Trial and Appeal Board (the "PTAB") decision, dated January 25, 2023, which found that certain of the patent claims at issue, including all the claims at issue in this case, were invalid. Dkt. No. 122 at 2.

Having reviewed the relevant record, the Court finds that a stay would facilitate the organized and efficient management of this case and GRANTS the Parties' request. This case is STAYED until the mandate is issued in the forthcoming appeal of the January 25, 2023, PTAB

ORDER - 1

decision. The Parties are DIRECTED to file a joint status report within **fourteen (14) days** of the issuance of the mandate or by **August 16, 2023**, whichever is earlier.

Dated this 16th day of February 2023.

Tana Lin
United States District Judge

ORDER - 2