UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>HTC AMERICA, INC et al,<br><br>　　　　　　Defendants. | CASE NO. 2:16-cv-01919-TL<br><br>ORDER |

This matter is before the Court on the Parties' joint status report. Dkt. No. 124. The Parties represent that Plaintiff is pursuing a consolidated appeal in a related matter before the U.S. Court of Appeals for the Federal Circuit (Nos. 23-1674, 23-1701). *Id.* at 2. Defendants request a continuation of the stay in this matter pending the resolution of the appeal, and Plaintiff does not oppose. *Id.* Having reviewed the relevant record, the Court finds that a stay would facilitate the organized and efficient management of this case and grants the Parties' request.

Accordingly, this case is STAYED until the mandate is issued in the pending consolidated appeal before the Federal Circuit. The Parties are DIRECTED to file a joint status report within

ORDER - 1

**fourteen (14) days** of the issuance of the mandate or by **February 15, 2024**, whichever is earlier.

Dated this 15th day of August 2023.

_____
Tana Lin
United States District Judge

ORDER - 2