UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC, <br><br> Plaintiff, <br> v. <br><br> HTC AMERICA, INC et al, <br><br> Defendants. | CASE NO. 2:16-cv-01919-TL <br><br> ORDER CONTINUING STAY |

    This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 126. The Court had previously entered a stay in this case pending the resolution of a consolidated appeal by Plaintiff Ancora Technologies, Inc., in a related matter before the U.S. Court of Appeals for the Federal Circuit (Nos. 23-1674, 23-1701). *Id.* at 2. The Federal Circuit has not yet issued a decision or mandate in Plaintiff's appeal, and Defendants HTC America, Inc., and HTC Corporation again request an unopposed continuation of the stay pending resolution of the appeal. *Id.* Having reviewed the relevant record, the Court FINDS that a stay would facilitate the organized and efficient management of this case and GRANTS the Parties' request.

ORDER CONTINUING STAY - 1

Accordingly, this case is STAYED until the mandate is issued in the pending consolidated appeal before the Federal Circuit. The Parties are DIRECTED to file a Joint Status Report within **fourteen (14) days** of the issuance of the mandate or by **August 16, 2024**, whichever is earlier.

Dated this 28th day of February 2024.

Tana Lin
United States District Judge