UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC,<br><br>            Plaintiff,<br>    v.<br><br>HTC AMERICA, INC et al,<br><br>            Defendants. | CASE NO. 2:16-cv-01919-TL<br><br>ORDER CONTINUING STAY |

This matter is before the Court on the Parties' Joint Status Report. Dkt. No. 128. The Court had previously entered a stay in this case pending the resolution of a consolidated appeal by Plaintiff Ancora Technologies, Inc., in a related matter before the U.S. Court of Appeals for the Federal Circuit (Nos. 23-1674, 23-1701). *Id.* at 2. The Federal Circuit has not yet issued a decision or mandate in Plaintiff's appeal, and Defendants HTC America, Inc., and HTC Corporation again requests an unopposed continuation of the stay pending resolution of the appeal. *Id.* This is the Parties' fifth request for a stay. *See* Dkt. Nos. 118, 122, 124, 126, 128.

ORDER CONTINUING STAY - 1

Having reviewed the relevant record, the Court FINDS that a stay would facilitate the organized and efficient management of this case and GRANTS the Parties' request.

Accordingly, this case is STAYED until the mandate is issued in the pending consolidated appeal before the Federal Circuit. The Parties are DIRECTED to file a Joint Status Report within **fourteen (14) days** of the issuance of the mandate or by **February 14, 2025**, whichever is earlier.

Dated this 7th day of August 2024.

Tana Lin
United States District Judge