# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANCORA TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC., a Washington Corporation, HTC CORPORATION, a Taiwanese corporation,<br><br>Defendants. | Civil Action No. 2:16-cv-01919-TL<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT MOTION TO CONTINUE STAY PENDING RESOLUTION OF REMANDED *INTER PARTES* REVIEW PROCEEDINGS**<br><br>Note on Motion Calendar: July 24, 2025<br><br>JURY TRIAL DEMANDED |

[~~PROPOSED~~] ORDER GRANTING JOINT MOTION TO CONTINUE STAY PENDING RESOLUTION OF REMANDED *INTER PARTES* REVIEW PROCEEDINGS - 1
Case No. 2:16-cv-01919-TL

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883

Upon consideration of the parties' Stipulation and Joint Motion to Continue Stay Pending Resolution of Remanded *Inter Partes* Review Proceedings, and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The stay in the above-captioned case shall continue until the Patent Trial and Appeal Board issues final decisions in its proceedings on remand in IPR Nos. IPR2021-01338 and IPR2021-01406 (the "Remanded Proceedings");

2. The parties shall submit a joint status report within 14 days of the Board's issuance of any scheduling order for the Remanded Proceedings; and

3. The parties shall, within 14 days of the Board's issuance of any final decision in the Remanded Proceedings, file a Joint Motion for a Status Conference requesting a status conference with the Court to take place within 30 days after the Board has issued a final decision in the Remanded Proceedings.

**SO ORDERED**.

Dated this 25th day of July, 2025.

_____
Honorable Tana Lin
United States District Judge

Presented by:

SUSMAN GODFREY, LLP

*/s/ Steven M. Seigel*
Andres Healy, WSBA # 45578
ahealy@susmangodfrey.com
Steven M. Seigel, WSBA #53960
sseigel@susmangodfrey.com
401 Union St., Suite 3000
Seattle, WA 98101-3000
Phone: (206) 516-3880

*Attorneys for Plaintiff Ancora Technologies, Inc.*

[PROPOSED] ORDER GRANTING JOINT MOTION TO CONTINUE STAY PENDING RESOLUTION OF REMANDED *INTER PARTES* REVIEW PROCEEDINGS - 2
Case No. 2:16-cv-01919-TL

SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101-3000
Tel: (206) 516-3880; Fax: (206) 516-3883